ALSD Local 91 (Rev. 5/18) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>ELIZABETH HAWKINS<br><br>*Defendant(s)* | Case No. 25-MJ-374 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 15, 2025__ in the county of __Mobile__ in the __Southern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 111(a)(1) | assaulting, resisting, and impeding certain officers and employees |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Brooks, Special Agent FBI
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1.

Date: 12/15/2025

P. Bradley Murray
Digitally signed by P. Bradley Murray
Date: 2025.12.15 13:21:47 -06'00'
*Judge's signature*

City and state: Mobile, Alabama

P. Bradley Murray, U.S. Magistrate Judge
*Printed name and title*